# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**NELSON HANKISON,**          **CASE NO. 1:12-cv-385**

    Petitioner,          **Judge Timothy S. Black**
          **Magistrate Judge Michael R. Merz**

  **-vs-**

**WARDEN, Lebanon Correctional Institution,**

    Respondent.

_____

## JUDGMENT IN A CIVIL CASE
_____

**[ ]**   **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

**[X]**   **Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendations (Doc. 12) of the United States Magistrate Judge is **ADOPTED**; the Petition is **DISMISSED WITH PREJUDICE** and a certificate of appealability under 28 U.S.C. § 2253 is **DENIED***;* and the case is **CLOSED** from the docket.


Date: October 29, 2013          **JOHN P. HEHMAN, CLERK**
          By: s/ M. Rogers
          Deputy Clerk